# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr287

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHELLE SIMMONS. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment [Doc. 32], filed April 1, 2008.

The Defendant has notified the Chambers of the undersigned that she does not object to the motion to dismiss. The Court therefore finds, pursuant to Federal Rule of Criminal Procedure 48(a), that leave to dismiss should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment [Doc. 32] is hereby **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge

Signed: April 2, 2008